UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DELBERT JAMES, | 1:09-cv-01292-YNP[SMS] (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| JAMES YATES, | |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **March 12, 2010**             **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE